## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Western District of Tennessee | |
|---|---|---|
| **Name of Movant** Antonio Stacker | **Prisoner No.** #20079-076 | **Docket No.** 2:16-cr-20115 |
| **Place of Confinement** FCI Memphis, P.O. Box 34550, Memphis, TN. 38184   (Antonio Stacker) | | |

UNITED STATES OF AMERICA  V.  Antonio Stacker

(include name upon which convicted)

(full name of movant)

### MOTION

1. Name and location of court which entered the judgment of conviction under attack __United States District Court for the Western District of Tennessee__

2. Date of judgment of conviction __August 22, 2016.__

3. Length of sentence __70 months__

4. Nature of offense involved (all counts) __Felon in Possession of a firearm   Title 18 U.S.C. §922(g)__

5. What was your plea? (Check one)
   (a) Not guilty     ☒  Trial by jury
   (b) Guilty         ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   __N/A__

6. Kind of trial: (Check one)
   (a) Jury        ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

(a) Name of court__United States Court Of Appeals for the Sixth Circuit__

(b) Result __Denied__

(c) Date of result __April 19, 2018__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court? Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a)(1) Name of court __Supreme Court of the United States__

(2) Nature of proceeding __Petition for a Writ of Certiorari__

(3) Grounds raised __Violation of Brady and Jencks material__

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ☐ No ☒

(5) Result_____ N/A

(6) Date of result __May 29, 2019__

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ N/A

(2) Nature of proceeding _____ N/A

(3) Grounds raised_____

AO 243
P.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐ No ☐

(5) Result_____ N/A

(6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

  (1) Name of court _____ N/A

  (2) Nature of proceeding _____

  _____

  (3) Grounds raised_____ N/A

  _____

  _____

  _____

  _____

  _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐ No ☒
(5) Result _____
(6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
  (1) First petition, etc.    Yes ☒ No ☐
  (2) Second petition, etc.   Yes ☐ No ☒
  (3) Third petition, etc.    Yes ☐ No ☒
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

  N/A

  _____

  _____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.

AO 243
REV ---

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _See Memorandum of Law in Support:_

_Ineffective Assistance of Counsel_

Supporting FACTS (tell your story *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

B. Ground two: _See Memorandum of Law_

_Prosecutorial misconduct, Improper Jury Instruction and Judge was biased._

Supporting FACTS (tell your story *briefly* without citing cases or law): _See Memorandum:_

_____

_____

_____

_____

_____

_____

C. Ground three: _____ N/A _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____ N/A _____

_____

_____

_____

_____

(5)

) 243

D.  Ground four: _____ N/A _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _Attorney was ineffective assist-_ ance of counsel and this can only be directed in a §2255 Motion.

_____

_____

_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Mary C. Jermann-Robinson (Assistant Public Defender)

 200 Jefferson, Suite 200 , Memphis, TN. 38103

(b) At arraignment and plea _____

_____

(c) At trial  Same as above

_____

(d) At sentencing  Same as above

_____

AO 243
REV 6/82

(e) On appeal <u>Same as abobve.</u>

_____

(f) In any post-conviction proceeding <u>Direct appeal, same as above, and as to</u>

<u>Writ of Certiorari.</u>

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: ____N/A____

_____

(b) Give date and length of the above sentence: ____70 months____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_May 14, 2019_ .
_(date)_

_Artois Stacker_
Signature of Movant

(7)